(January 16, 1996)

■ Charles Arliss, Respondent, v Elliot Browar, Defendant, and Frances Browarsky, Appellant. [637 NYS2d 309] —In an action to recover monies due on an oral loan agreement,

the defendant Frances Browarsky appeals from an order of the Supreme Court, Queens County (Milano, J.) dated October 24, 1994, which denied her motion to vacate a judgment of the same court, dated September 1, 1994, entered upon her default.

Ordered that the order is affirmed, with costs.

The appellant failed to demonstrate a reasonable excuse for her default and a meritorious defense to the action (*see, Fennell v Mason*, 204 AD2d 599; *Putney v Pearlman*, 203 AD2d 333). Thompson, J. P., Sullivan, Krausman and Florio, JJ., concur.